CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

OCT 24 2008

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| RMA LUMBER, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> PIONEER MACHINERY, LLC, ET AL., <br><br> *Defendants.* | CIVIL ACTION NO. 6:08-CV-00023 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss (docket no. 3) is DENIED.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

Entered this 24th day of October, 2008.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE