IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| RMA LUMBER, INC., <br><br> Plaintiff, <br><br> v. <br><br> PIONEER MACHINERY, LLC, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:08-CV-00023 <br><br> <u>ORDER</u> <br><br> JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, Pioneer's motion for summary judgment (docket no. 47) is GRANTED, and Pioneer is hereby terminated as a defendant in this action.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

Entered this 1st day of October, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE