CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

NOV 19 2009

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| RMA LUMBER, INC., | CIVIL ACTION No. 6:08-cv-00023 |
| *Plaintiff,* | |
| v. | **ORDER** |
| PIONEER MACHINERY, LLC, ET AL., | |
| *Defendants.* | JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, Peterson's motions for summary judgment (docket nos. 41 and 82) are GRANTED, and this case is hereby STRICKEN from the active docket of the Court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

Entered this 19th day of November, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE